871 A.2d 789

**Robert C. JUBELIRER, Senator and President Pro Tempore of the Senate of the Commonwealth of Pennsylvania, and John M. Perzel, Representative and Speaker of the House of Representatives of the Commonwealth of Pennsylvania, Appellants,**

v.

**PENNSYLVANIA DEPARTMENT OF STATE, Pedro A. Cortes, Secretary of the Commonwealth and Monna Accurti, Commissioner of the Bureau of Commissions, Legislation and Elections, Appellees.**

Supreme Court of Pennsylvania.

March 29, 2005.

## *ORDER*

PER CURIAM.

**AND NOW,** this 29th day of March, 2005, the order of the Commonwealth Court is **AFFIRMED.** Appellees' Application to Strike Portions of the Reply Brief for Appellants is denied.